A CERTIFIED TRUE COPY

JUL 12 2000

ATTEST
FOR THE JUDICIAL PANEL OF
MULTIDISTRICT LITIGATION

FILED
CLERK, U.S. DISTRICT COURT

AUG - 9 2000

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 26 2000

FILED
CLERK'S OFFICE

FILED by _____ D.C.
DKTG

JUL 24 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

DOCKET NO. 1341

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE AMERICA ONLINE, INC., VERSION 5.0 SOFTWARE LITIGATION

#### (SEE ATTACHED SCHEDULE)

#### CONDITIONAL TRANSFER ORDER (CTO-2)

On June 2, 2000, the Panel transferred five civil actions to the United States District Court for the Southern District of Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. With the consent of that court, all such actions have been assigned to the Honorable Alan S. Gold.

It appears that the actions listed on the attached schedule involve questions of fact which are common to the actions previously transferred to the Southern District of Florida and assigned to Judge Gold.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 181 F.R.D. 1, 10 (1998), the actions listed on the attached schedule are hereby transferred under 28 U.S.C. §1407 to the Southern District of Florida for the reasons stated in the order of June 2, 2000, and, with the consent of that court, assigned to the Honorable Alan S. Gold.

This order does not become effective until it is filed in the office of the Clerk of the United States District Court for the Southern District of Florida. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel



# SCHEDULE CTO—2 — TAG ALONG CASES
# DOCKET NO. 1341
# IN RE AMERICA ONLINE, INC., VERSION 5.0 SOFTWARE LITIGATION

DISTRICT DIV CIVIL ACTION#

ALABAMA NORTHERN
—ALN    2   00-1253       Barnes, et al. v. America Online, Inc.   opposed 9/11/00

ARIZONA
—AZ     4   00-196        Veak v. America Online, Inc.

CALIFORNIA CENTRAL
—CAC    2   00-2087       Munro v. America Online, Inc. ✓
—CAC    2   00-3645       Lee v. America Online, Inc.
—CAC    2   00-3788       French v. America Online, Inc.
—CAC    2   00-3939       Fishman v. America Online Inc.
—CAC    2   00-3940       Fishman v. America Online, Inc.
—CAC    2   00-4162       Yarnell v. America Online, Inc.

CALIFORNIA NORTHERN
—CAN    3   00-816        Muzio v. America Online, Inc.
—CAN    3   00-886        Lloyd, et al. v. America Online, Inc.
—CAN    3   00-1187       Parker v. America Online, Inc.
—CAN    3   00-1352       Hightower v. America Online, Inc.

COLORADO
—CO     1   00-530        EZ Booking, Inc. v. America Online, Inc.

DISTRICT OF COLUMBIA
—DC     1   00-282        Wise v. America Online, Inc.

FLORIDA MIDDLE
—FLM    6   00-181        Henshall v. America Online, Inc.

IDAHO
—ID     1   00-183        Schilling, et al. v. America Online, Inc.

ILLINOIS NORTHERN
—ILN    1   00-2371       Irish, et al. v. America Online, Inc.

ILLINOIS SOUTHERN
—ILS    3   00-139        Schmidt v. America Online, Inc.

MASSACHUSETTS
—MA     1   00-10651      Galaxy Internet Services, Inc. v. America Online, Inc.   opposed 9/11/00
—MA     1   00-10694      Williams v. America Online, Inc.   opposed 9/11/00

NEW JERSEY
—NJ     3   00-1340       Langert v. America Online, Inc.
—NJ     2   00-1942       Kerr, et al. v. America Online, Inc.
—NJ     2   00-1626       Lofty, et al. v. America Online, Inc.
—NJ     2   00-1750       Goldberg v. America Online, Inc.

OREGON
—OR     3   00-451        Wilhelm v. America Online, Inc.

TEXAS EASTERN
—TXE    1   00-175        Lovoi, et al. v. America Online, Inc.

# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge John F. Nangle
United States District Court
Southern District of Georgia

**MEMBERS:**
Judge Louis C. Bechtle
United States District Court
Eastern District of Pennsylvania

Judge John F. Keenan
United States District Court
Southern District of New York

Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

Judge Morey L. Sear
United States District Court
Eastern District of Louisiana

Judge Bruce M. Selya
United States Court of Appeals
First Circuit

Judge Julia Smith Gibbons
United States District Court
Western District of Tennessee

**DIRECT REPLY TO:**

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

July 12, 2000

Clarence Maddox, Clerk
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128

Re: MDL-1341 -- In re America Online, Inc., Version 5.0 Software Litigation

(See Attached Schedule CTO-2)

Dear Mr. Maddox:

I am enclosing one certified copy and additional copies of a conditional transfer order filed by the Panel in the actions listed on the attached schedule on June 26, 2000. The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred." As stipulated in the Panel's Rule 7.4(c), execution of the order has been stayed 15 days to give any party an opportunity to oppose the transfer if they wish to do so. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By _____
   Deputy Clerk

Attachments

cc: Transferee Judge:   Hon. Alan S. Gold
    Transferor Judges:  (See Attached List of Judges)
    Transferor Clerks:  (See Attached List of Clerks)

JPML Form 38

## INVOLVED COUNSEL LIST (CTO-2)
## DOCKET NO. 1341
## IN RE AMERICA ONLINE, INC., VERSION 5.0 SOFTWARE LITIGATION

Eugene F. Assaf
Kirkland & Ellis
655 Fifteenth Street, NW
Suite 1200
Washington, DC 20005

Thomas A. Balmer
Ater, Wynne, Hewitt, Dodson & Skerritt
222 S.W. Columbia
Suite 1800
Portland, OR 97201

Mila F. Bartos
Finkelstein, Thompson & Lounghran
1055 Thomas Jefferson Street, N.W.
Suite 601
Washington, DC 20007

Robert J. Berg
Bernstein, Liebhard & Lifshitz
10 East 40th Street, 22nd Floor
New York, NY 10016

Andrew J. Berman
Steinhart & Falconer
333 Market Street, Suite 3200
San Francisco, CA 94105

Steve W. Berman
Hagens Berman, LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101

Beth I.Z. Boland
Mintz, Levin, Cohn, Ferris, et al.
One Financial Center
Boston, MA 0211

Michael D. Braun
Stull, Stull & Brody
10940 Wilshire Blvd., Suite 2300
Los Angeles, CA 90024

Douglas M. Brooks
Gilman & Pastor
One Boston Place, 28th Floor
Boston, MA 02108

Robert B. Carey
Norton, Frickey & Associates
2301 East Pikes Peak Avenue
Colorado Springs, CO 80909

Steven Cauley
Law Offices of Steven E. Cauley, P.A.
2200 N. Rodney Parham Rd.
Suite 218, Cypress Plaza
Little Rock, AR 72212

Richard L. Coffman
550 Fannin Street, Suite 1212
Beaumont, TX 77701

N.L. Cooper
Maynard, Cooper & Gale, P.C.
Amsouth Harbert Plaza, Suite 2400
1901 6th Avenue North
Birmingham, AL 35203

Joseph P. Danis
Carey and Danis, L.L.C.
8182 Maryland Avenue, Suite 1400
St. Louis, MO 63105

Nicholas J. Drakulich
Jennings & Drakulich, L.L.P.
12770 High Bluff Drive
Suite 270
San Diego, CA 92130

John G. Emerson, Jr.
Whittington, Von Sternberg, et al.
2600 South Gessner, Suite 600
Houston, TX 77063

James T. Fousekis
Steinhart & Falconer
333 Market Street, Suite 3200
San Francisco, CA 94105

Lloyd W. Gaithings, II
Gathings & Associates
P.O. Box 10545
Birmingham, AL 35202

W. Lewis Garrison, Jr.
Garrison, Scott, Gamble & Rosenthal
2117 Magnolia Avenue South
Birmingham, AL 35205

Kenneth G. Gilman
Gilman & Pastor
One Boston Place, 28th Floor
Boston, MA 02108

Daniel C. Girard
Girard & Green, L.L.P.
160 Sansome Street, Suite 300
San Francisco, CA 94104

Lionel Z. Glancy
Law Offices of Lionel Z. Glancy
1801 Avenue of the Stars, Suite 308
Los Angeles, CA 90067

Philip H. Gordon
Gordon Law Offices
1602 W. Franklin Street
Boise, ID 83702

Kirk R. Helvie
Moffatt, Thomas, Barrett, et al.
P.O. Box 829
Boise, ID 83701

James R. Hooper
Law Offices of James R. Hooper
400 North Ashley, Suite 2540
Tampa, FL 33602

Michael B. Hyman
Much, Shelist, Freed, Denenberg, et al.
200 North LaSalle Street, Suite 2100
Chicago, IL 60601

John N. Iurino
Lewis & Roca
One South Church Avenue, Suite 700
Tucson, AZ 85701

Reed R. Kathrein
Milberg, Weiss, Bershad, Hynes, et al.
100 Pine Street, Suite 2600
San Francisco, CA 94111

INVOLVED COUNSEL LIST SCHEDULE CTO-2 PG. 2

William S. Lerach
Milberg, Weiss, Bershad, Hynes, et al.
600 West Broadway, Suite 1800
San Diego, CA 92101

Steven C. Seeger
Kirkland & Ellis
200 East Randolph Drive, Suite 5800
Chicago, IL 60601

Joseph M. Matthews
Colson, Hicks, Eidson, Matthews, et al.
200 South Biscayne Blvd.
Suite 4700
Miami, FL 33131

Thomas D. Yannucci
Kirkland & Ellis
655 Fifteenth Street, NW
Suite 1200
Washington, DC 20005

John F. McGrory
Davis, Wright, Tremaine
1300 SW 5th Avenue, Suite 2300
Portland, OR 97201

Terry C. Young
Lowndes, Drosdick, Doster, et al.
215 N. Eola Drive
P.O. Box 2809
Orlando, FL 32802

Steven C. Mitchell
Hagens, Berman & Mitchell
2425 East Camelback Road, Suite 620
Phoenix, AZ 85016

Kevin J. Yourman
Weiss & Yourman
10940 Wilshire Boulevard, 24th Floor
Los Angeles, CA 90024

Michelle A. Parfitt
Ashcraft & Gerel
2000 L Street, NW
Suite 400
Washington, DC 20036

Justin G. Witkin
Levin, Middlebrooks, Thomas, et al.
316 South Baylen Street
P.O. Box 12308
Pensacola, FL 32581

B. John Pendleton
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street, P.O. Box 652
Newark, NJ 07101

William J. Pinilis
Kaplan, Kilsheimer & Fox, L.L.P.
237 South Street
Morristown, NJ 07962

Kevin P. Roddy
Hagens Berman LLP
AT & T Building
611 W. Sixth Street, 16th Floor
Los Angeles, CA 90017

Alan Schulman
Bernstein, Litowitz, Berger & Grossman
12730 High Bluff Drive
Suite 100
San Diego, CA 92130